Latwon WHITBY, Appellant,

v.

UNITED PARCEL SERVICE, INC., Appellee.

No. 04–2068.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 19, 2005.

Decided Jan. 26, 2005.

Latwon Whitby, Forrest City, AR, pro se.

Jason D. Fisher, Waverly D. Crenshaw, Jr., Waller Lansden, Nashville, TN, for Appellee.

Before BYE, RILEY, and COLLOTON, Circuit Judges.

PER CURIAM.

Latwon Whitby appeals the district court's[1] adverse grant of summary judgment in his Title VII action. Whitby sued

United Parcel Service, Inc., for constructive discharge based on his African American race.

Having carefully reviewed the record and considered the arguments Whitby raises on appeal, we agree with the district court that the evidence of the working conditions upon which Whitby based his lawsuit does not support a race-based constructive-discharge claim. *See Jacob–Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir. 2002) (summary judgment standard of review); *Breeding v. Arthur J. Gallagher & Co.*, 164 F.3d 1151, 1159 (8th Cir.1999) (discussing constructive discharge). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.